# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 2:22-MJ-00316 |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | MAGISTRATE JUDGE JOLSON |

## MOTION TO UNSEAL SEARCH WARRANT

Now comes the United States of America, by Kenneth L. Parker, United States Attorney, and Sheila G. Lafferty, Assistant United States Attorney, for the Southern District of Ohio, Eastern Division, and respectfully requests that the search warrant, the case, and any accompanying filings, other than materials that have previously been ordered permanently sealed, in the above-related matter be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*/s/ Sheila G. Lafferty*
SHEILA G. LAFFERTY (0042406)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
sheila.lafferty@usdoj.gov